# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **CHARLES D. ANDERSON,** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:19CV00016 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **ANDREW SAUL,** ) | By:  James P. Jones |
| **COMMISSIONER** ) | United States District Judge |
| **OF SOCIAL SECURITY,** ) | |
| ) | |
| Defendant. ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: June 12, 2020

/s/  JAMES P. JONES
United States District Judge